UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80005-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DIEGO ARMAN ASTUDILLO-MENDIETA**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 43]. On February 8, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 31] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 20] pursuant to a written plea agreement and stipulated factual basis [ECF No. 35]. The Government submitted a factual basis for the plea, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 2 of the Indictment [ECF No. 20]. No objections to the Report have been filed.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 43] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Diego Arman Astudillo-Mendieta** as to

CASE NO. 23-80005-CR-CANNON

Count 2 of the Indictment is **ACCEPTED**.

3. Defendant **Diego Arman Astudillo-Mendieta** is adjudicated guilty of Count 2 of the Indictment, which charges him with attempted illegal reentry into the United States after deportation or removal, in violation of 8 U.S.C. § 1326(a) [ECF No. 20].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of February 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record